**Opinion issued June 18, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00332-CV

————————————

## VESTALIA, LTD., Appellant

## V.

## ADONIS F. TAYLOR-WATSON AND LARRY J. WATSON, JR., Appellees

---

### On Appeal from the 215th District Court
### Harris County, Texas
### Trial Court Case No. 2014-73484

---

### MEMORANDUM OPINION

Appellant, Vestalia, Ltd., has filed a petition for permissive interlocutory appeal, seeking to challenge an interlocutory order denying Vestalia's amended

motion for summary judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (Vernon 2015); TEX. R. APP. P. 28.3. We deny the petition.

To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (Vernon 2015); *see* TEX. R. APP. P. 28.3(e)(4); TEX. R. CIV. P. 168.

Here, Vestalia has not established that the order in issue involves a controlling question of law. "When a trial court in its order on a motion for summary judgment provides no basis for its denial, the trial court fails to make [a] substantive ruling on the controlling question of law sought to be appealed." *Great Am. E&S Ins. Co. v. Lapolla Indus., Inc.*, No. 01-14-00372-CV, 2014 WL 2895770, at *2 (Tex. App.—Houston [1st Dist.] June 24, 2014, no pet.) (mem. op.). Although finding that the order "involve[d] questions of law as to which there is a substantial ground for difference of opinion" and listing four questions, the trial court denied Vestalia's summary judgment motion without explanation. Thus, the order does not involve a controlling question of law, and section 51.014(d) does not authorize an interlocutory appeal. *See Great Am. E&S Ins. Co.*, 2014 WL

2895770, at *2 (citing TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (Vernon 2015)). In addition, because the trial court did not rule on a controlling question of law, Vestalia in turn does not address in its motion the substantial difference of opinion that exists as to the determination of that question.

Accordingly, we deny Vestalia's petition.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.